UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE-OPELOUSAS DIVISION

| | |
|---|---|
| **DRILLING PRODUCTIVITY REALIZED, LLC,** *d/b/a* *AXXIS DRILLING* | **CIVIL ACTION NO. 07-0842** |
| **VERSUS** | **JUDGE TUCKER L. MELANÇON** |
| **JONATHAN LOVETT** | **MAGISTRATE JUDGE METHVIN** |

### JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for Report and Recommendation. No objections have been filed. After an independent review of the record, the Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly, it is

**ORDERED** that the Motion to Dismiss filed by defendant Jonathan Lovett is **GRANTED** and that Drilling Productivity Realized, LLC, *d/b/a Axxis Drillling's* claims against him are DISMISSED WITHOUT PREJUDICE.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this 24th day of June, 2008.

_____
Tucker L. Melançon
UNITED STATES DISTRICT JUDGE